CATHERINE F. LAUGHLIN, as Administratrix of the Estate of HUGH E. LAUGHLIN, Deceased, Respondent, *v.* NEW YORK POWER & LIGHT CORPORATION, Appellant.

Argued November 25, 1941; decided January 8, 1942.

*John H. Broderick* and *Henry S. Bayly* for appellant.

*Thomas V. Kenney* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.